IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>STANISLAV SARBER,<br><br>     Debtor.<br><br>―――――――――――――<br><br>CHARLES SCHWAB BANK, SSB,<br><br>     Garnishee. | Case No. 2:26-MC-00059-TLN-JDP<br><br>**[PROPOSED] FINAL ORDER OF GARNISHMENT**<br><br>Criminal Case No. 2:11-CR-00514-TLN |

Having reviewed the United States' Request for Entry of Final Order of Garnishment, the settlement agreement attached thereto, and for good cause appearing, IT IS HEREBY ORDERED THAT:

1.     The United States' Request for Entry of a Final Order of Garnishment is GRANTED;

2.     Garnishee Charles Schwab Bank, SSB, is directed to pay the Clerk of the United States District Court $55,364.47 of the funds held by Garnishee within fifteen (15) days of the filing of this Final Order of Garnishment. Payment shall be made in the form of a check, money order, or company draft, made payable to the "**Clerk of the Court**" and delivered to:

FINAL ORDER OF GARNISHMENT                    1

Office of the Clerk
501 I St., Rm. 4-200
Sacramento, CA 95814

The criminal docket number (2:11-CR-00514-TLN) shall be stated on the payment instrument;

3.    Garnishee Charles Schwab Bank, SSB, shall immediately release all other funds to the owner(s) of the account;

4.    The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

5.    The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.


Dated: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

FINAL ORDER OF GARNISHMENT

2