IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAV SARBER,<br><br>Debtor.<br><br>CHARLES SCHWAB BANK, SSB,<br><br>Garnishee. | Case No. 2:26-MC-00059-TLN-JDP<br><br>[PROPOSED] **ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:11-CR-00514-TLN |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on March 12, 2026, is hereby TERMINATED.

ORDER TERMINATING WRIT OF GARNISHMENT

1

IT IS SO ORDERED.


Dated:    July 7, 2026        _____
                             JEREMY D. PETERSON
                             UNITED STATES MAGISTRATE JUDGE

ORDER TERMINATING WRIT OF GARNISHMENT                2